COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN THE INTEREST OF C.S.D.,


A CHILD.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00299-CV



Appeal from the


65th District Court


of El Paso County, Texas


(TC# 2008CM1601)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss the appeal pursuant to Tex. R.
App. P. 42.1(a)(1) because he no longer wishes to prosecute the appeal. We grant the motion and
dismiss the appeal. Costs are assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice


January 13, 2010


Before Chew, C.J., McClure, and Rivera, JJ.